In re Cases Held for the Decision in *In re D.J.S.*

[Cite as *In re Cases Held for the Decision in* In re D.J.S., 130 Ohio St.3d 253, 2011-Ohio-5349.]

(Submitted August 8, 2011—Decided October 20, 2011.)

---

{¶ 1} The following cases were held for the decision in *In re D.J.S.*, 130 Ohio St.3d 257, 2011-Ohio-5342, 957 N.E.2d 291. The judgments of the courts of appeals are hereby reversed and the causes remanded to the trial court for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

{¶ 2} 2008–1926. *In re G.E.S.*, Summit App. No. 24079, 2008-Ohio-4076, 2008 WL 3413040.

{¶ 3} 2008–2257. *In re M.D.G.*, Allen App. No. 1–08–11, 2008-Ohio-5198, 2008 WL 4455589.

{¶ 4} 2009–0223. *In re A.R.*, Warren App. No. CA2008–03–036, 2008-Ohio-6566, 2008 WL 5205648.

{¶ 5} 2009–0224. *In re L.F.*, Stark App. No. 2007–CA–00333, 2008-Ohio-6669, 2008 WL 5257162.

{¶ 6} 2009–0243. *In re T.C.H.*, Summit App. Nos. 24130 and 24131, 2008-Ohio-6614, 2008 WL 5244602.

{¶ 7} 2009–0358. *In re S.R.P.*, Preble App. No. CA2007–11–027, 2009-Ohio-11, 2009 WL 18001.

{¶ 8} 2009–0826. *In re J.C.*, Summit App. No. 24354, 2009-Ohio-1213, 2009 WL 695440.

{¶ 9} 2009–0845. *In re J.L.T.*, Geauga App. No. 2008–G–2813, 2009-Ohio-1314, 2009 WL 738070.

{¶ 10} 2009–1929. *In re A.K.*, Medina App. No. 09CA0025–M, 2009-Ohio-4941, 2009 WL 2992290.

{¶ 11} 2010–0780. *In re J.A.M*, Wyandot App. No. 16–09–17, 2010-Ohio-1088, 2010 WL 1016124.

{¶ 12} 2011–0257. *In re J.B.A.*, Licking App. No. 10–CA–30, 2010-Ohio-6564, 2010 WL 5621360.

{¶ 13} 2011–0325. *In re A.C.*, Hamilton App. No. C–100136.

{¶ 14} 2011–0515. *In re T.D.*, Clinton App. No. CA2010–01–002, 2011-Ohio-671, 2011 WL 497778.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents and would affirm the judgments of the courts of appeals.

———————

{¶ 15} The following case was held for the decision in *In re D.J.S.*, 130 Ohio St.3d 257, 2011-Ohio-5342, 957 N.E.2d 291. It is hereby dismissed as having been improvidently accepted.

{¶ 16} 2009–1480. *In re C.A.*, Montgomery App. No. 23022, 2009-Ohio-3303, 2009 WL 1914616.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.